IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Phillip Lee Huey, as Personal Representative of the Estate of Tecora Huey Young, Deceased, | ) ) ) ) | C.A. No. 7:09-1058-HMH |
| Plaintiff, | ) ) ) | **OPINION & ORDER** |
| vs. | ) ) | |
| Duke Energy Carolinas, LLC; the South Carolina Department of Natural Resources, an agency or political subdivision of the State of South Carolina; and Gaffney Board of Public Works, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Duke Energy Carolinas, LLC ("Duke Energy") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  Duke Energy is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 2, 2009